IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LONNIE DAVIS,

    Defendant.

Filed in Open Court
4-21-05

Cr. No. 04-20439-Ma

---

### ORDER RESERVING THE RIGHT TO APPEAL
### DENIAL OF DEFENDANT'S MOTION TO PLEAD NOLO CONTENDERE

---

THIS CAUSE came before this Court upon the petition of the defendant to be permitted to enter a conditional plea of guilty to the indictment.

The United States, through its representative Assistant United States Attorney Camille McMullen, has agreed that Mr. Davis shall be allowed to preserve, pursuant to Federal Rule of Criminal Procedure 11(a)(2), for purposes of appeal, the Court's denial of defendant's offer to plead nolo contendere to the above charge.

April 21, 2005
DATE

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

31

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20439 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT