IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Cr. No. 04-20439-Ma

LONNIE DAVIS,

        Defendant.

---

ORDER DIRECTING THE UNITED STATES PROBATION OFFICE
TO PROVIDE DEFENDANT'S 1993 PRESENTENCE REPORT
TO DEFENSE COUNSEL

---

THIS CAUSE came before this Court upon the petition of defense counsel to be provided with a copy of the presentence report which was prepared to assist the Court in defendant's sentencing in cause number 92-195-01, in the Middle District of North Carolina.

The Court having found good cause therefore, GRANTS the motion, and orders the United States Probation Office to furnish to defense counsel a copy of the report.

May 13, 2005
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20439 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT